IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MICHAEL RHODY, JR.,
FATHER,

Appellant,

v.

SHANA SHULTZ, MOTHER,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2212

Opinion filed July 12, 2016.

An appeal from an order of the Circuit Court for Leon County.
Charles A. Francis, Judge.

John C. Kenny, Tallahassee, for Appellant.

Adam R. Cowhey, Tallahassee, for Appellee (no appearance).

PER CURIAM.

    DISMISSED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.